UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CARY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00087 |
| | ) |
| ELITE TECHNICIAN MANAGEMENT | ) |
| GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Newbern has entered a Report and Recommendation ("R&R") (Doc. No. 21) recommending that this action be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). No objections have been filed and the Court, after reviewing the matter *de novo* in accordance with Rule 72, agrees with the R&R.

Accordingly, the R&R (Doc. No. 21) is **APPROVED AND ADOPTED**, and this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE